IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

LIBARDO JARAMILLO, individually and on          *
behalf of all others similarly situated,

                                                *

              Plaintiff,              Case No. 1:23-CV-196(LAG)

v.                                              *

TAURUS INTERNATIONAL                            *
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,                          *

              Defendants.

_____

## J U D G M E N T

Pursuant to this Court's Order dated September 27, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 27th day of September, 2024.

                              David W. Bunt, Clerk


                              s/ William C. Lawrence, Deputy Clerk